UNITID STATES DISTRICT COURT
for the
District of Massachusetts

lower court No. 24H84SP3715
and no. 23SC137

NOTICE OF REMOVAL
jury trial   yes

POAH Cummiunities LLC as Managing )
Agent of the Blackstone as Owner Plaintiff)
)
)
v, )
)
)
Ty Calloway )
                    Defendant Pro-Se )
)

RE          DEFENDANTS  NOTICE OF REMOVAL

NOW COME THE DEFENDANT TY CALLOWAY PRO-SE WHO PRESENTLY RESIDES AT 33 BLOSSOM ST. APT 605 BOSTON MA 02114 SUFFOLK COUNTY AND SAYS THE DEFENDANT CALLOWAY IS REQUESTING THE REMOVAL OF THIS MATTER FROM THE NEW CHARDON STREET HOUSING COURT BECAUSE THE PLAINTIFF FAILED TO INFORM THIS COURT OF ITS SERVICE OF PROCESS IN VOILATION OF M.G.LAW.C.239 186 "GOOD CAUSE STANDARD" SET BY FEDERAL REGULATIONS THAT PLAINTIFF VIOLATED DURING SMALL CLAIM COURT DOCKET NO. 23SC137 AT THIS TIME PLAINTIFF FAILED TO ADMIT, DENY, ANSWER, RESPOND OR DEFEND AGAINST DEFENDANTS 93A DEMAND LETTER AND DFENDANTS COMPLAINT. AGAIN VIOLATING DEFENDANT CONSITUTIONAL RIGHT TO A FAIR TRIAI DURING HOUSING COURT DOCKET NO. 24H84SP003715 PLAINTIFF AGAIN  FAILED TO ADMIT, DENY ANSWER, RESSPOND OR DEFEND AGAINST ANY OF DEFENDANTS MOTIONS. THE DISOBEDIENT PLAINTIFF ALSO FAILING TO OBEY THE JUDGES COURT ORDER DATED 2/18/26 OR TO OBEY THE JUDGES ORDER BY 3/13/26. DEFENDANT IS  BEING RETALIATED AGAINST, HARRASSED, AND CONSTRUTIVELY EVICTED FOR FILING A COMPLAINT AGANST THE BUILDINGS MANAGERS. THE DEFENDANT PRO-SE IS REQUEESTING THAT THIS HORONABLE COURT AWARDS THE DEFENDANT PUNITIVE DAMAGES FOR THE PLAINTIFFS INTENTIONAL INFLECTION OF EMOTIONAL DISTRESS AND ANY OTHER COST THIS COURT FINDS JUST AND FAIR.

I DEFENDANT PRO-SE HEREBY CERTIFY ON THIS APRIL/5TH 2026  I SERVED COPIES OF DEFENDANTS MOTION FOR REMOVAL FROM THE STATE COURT WAS SERVED UPOND THE UNITED  STATES DISTRCT COURT, HOUSING COURT CLERK AND PLAINTIFFS ATTORNEY FLYNN LAW GROUP BY FIRST CLASS MAIL POSTAGE PREPAID.

TY CALLOWAY
33 BLOSSOM ST.
SUITE 605

FLYNN LAW GROUP
185 DEVONSHIRE ST.
SuITE 401