FILED
Clerk's Office
USDC, Mass

UNITID STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Date_____ 6/3/26
By_____
Deputy Clerk

MOTION TO DISMISS

LOWER COURT No. 24H84SP3715
AND NO. 23SC137

JURY TRIAL  YES

POAH CUMMIUNITIES LLC AS MANAGING    )
AGENT OF THE BLACKSTONE AS OWNER PLAINTIFF    )
    )
V,    )
    )
TY CALLOWAY    )
        DEFENDANT PRO-SE    )
    )
_____    )

26-11856 MPK

RE:  DEFENDANTS MOTION TO COMPEL OR DISMISS

Now come the Defendant Ty Calloway pro-se and says
this court must compel the plaintiff to admit or
deny or Dismiss the above housing court docket No.
24H84SP003715 that is the Preservation of
Affordable Housing (hereinafter POAH) complaint to
harass, retaliate and constructively evict the
defendant Calloway by refusing to admit or deny
POAH is the defendants landlord as the above
caption suggest, and plaintiffs refusal to admit or
deny it had legal standing to evict the defendant
Calloway while knowingly violating defendants
constitutional right as a section 8 tenant.
plaintiff knew or should have known they were
violating FRCP rule 36 as well as HUD and MGL rule
37 plaintiff knowingly violated defendants
constitutional rights to a fair trial.

Defendant Calloway is demanding punitive damages
for the plaintiffs intentional infliction of
emotional distress and any other cost this court
finds just an fair.

I Defendant PRO-SE HEREBY CERTIFY ON THIS APRIL 29th 2026 I SERVED COPIES OF PLAINTIFFS MOTION TO COMPEL OR DISMISS UPON THE UNITED STATES DISTRCT COURT, THE HOUSING COURT CLERK AND PLAINTIFFS ATTORNEY FLYNN LAW GROUP BY FIRST CLASS MAIL POSTAGE PREPAID.

TY CALLOWAY
33 BLOSSOM ST.
SUITE 605
BOSTON, MA 02114
617-212-3524

FLYNN LAW GROUP
185 DEVONSHIRE ST.
SuITE 401
BOSTON, MA 02114
617-988-0633