FILED
Clerk's Office
USDC, Mass.
Date_____
By_____
Deputy Clerk

UNITID STATES DISTRICT COURT
for the
District of Massachusetts

lower court No. 24H84SP3715
and No. 23SC137

MOTION TO DISMISS
jury trial   yes

26-11856 MPK

POAH Cummiunities LLC as Managing )
Agent of the Blackstone as Owner Plaintiff )
)
v,                                        )
)
Ty Calloway                               )
)
          Defendant Pro-Se                )
)

RE    DEFENDANTS MOTION TO DISMISS REVERSE OR COMPEL

NOW COME THE PLAINTIFF TY CALLOWAY PRO-SE AND SAYS THIS COURT MUST DIS MISS,
COMPEL INVESTIGATE OR REVESE SMALL CLAIMS DOCKET NO. 23SC137 FOR ITS VIOLATION
OF PLAINTIFFS 14TH AMENDMENT RIGHT TO A FAIR TRIAL ADDTIONLY FALILING TO ANSWES
RRESPOND OR DEFENDED AGAINST PLAINTIFFS 93A DEMAND LETTER AND PLAINTIFF
COMPLAINT IN ACCORDANCE WITH MGL'S ALSO VIOLATING PLAINTIFFS CONSTITUTIONAL
RIGHTS TO A FAIR TLRIAL.

I PLAINTIFF PRO-SE HEREBY CERTIFY ON THIS APRIL 29TH 2026 I SERVED
COPIES OF PLAINTIFFS MOTION TO REVERS OR COMPEL UPON THE UNITED
STATES DISTRCT COURT, THE HOUSING COURT CLERK AND PLAINTIFFS
ATTORNEY FLYNN LAW GROUP BY FIRST CLASS MAIL POSTAGE PREPAID.

TY CALLOWAY
33 BLOSSOM ST.
SUITE 605
BOSTON, MA 02114
617-212-3524

FLYNN LAW GROUP
185 DEVONSHIRE ST.
SuITE 401
BOSTON, MA 02114
617-988-0633