UNITID STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

OBJECTION & OPPOSITION

LOWER COURT No. 24H84SP3715          JURY TRIAL   YES
AND NO.  23SC137          CASE 1:26-CV-11856

POAH COMMUNITIES LLC AS MANAGING          )
AGENT OF THE BLACKSTONE AS OWNER PLAINTIFF          )
          )
V,          )
          )
          )
TY CALLOWAY          )
          )
                    DEFENDANT PRO-SE          )
          )

RE:  DEFENDANTS OBJECTION & OPPOSITION TO REMAND

Now come the Plaintiff Ty Calloway pro-se regarding Small claims docket No.23sc137 and Defendant Ty Calloway pro-se Housing Court docket No. 24Hs84SP003175 and says Plaintiff objects to this court remanding this matter back to the State Housing Court for lack of Subject Matter Jurisdiction. Because this court does indeed have Subject Matter jurisdiction this court must find plaintiffs constitutional as well as his 14TH amendment rights to a fair trial were violated, Plaintiff Calloway is objecting to defendant POAH Communities failure to answer, respond, address, admit or deny plaintiffs 93A Demand Letter and plaintiffs Complaint the defendant also failed to answer plaintiffs motions, which is how docket NO.24H84SP003175 arose because of docket No 23sc137. for this reason Plaintiff Calloway is objecting to the court below for violating Calloway 1st and 14th amendment right to a fair trial. Plaintiff Calloway objects to the Courts removal of defendant Y. Santiargo from plaintiffs Small Claims Court docket No,23sc137

This court not only has Subject Matter Juristiction regarding the above Small Claim Docket No.23sc157 as well as having Subject Matter Juristiction regarding Housing Court Docket No.24H84SP004715 which are related because they both violated Calloway as plaintiff and defendants constitutional right to a fair trial. Defendant Calloway object to Plaintiff POAH Communities failure to obey HUD requirement (24CFR247) which is required when evicting section 8 tenants. Defendant is also objecting because the plaintiff knew or should have known in order to legally evict section 8 tenants both Federal and State requirements must be met plaintiff failed to meet both of these requirements. Calloway is objecting to POAHS refusal to admit or deny who Calloway landlord is, and if Calloway was legally served with plaintiffs alleged Summons and Compliant and did plaintiff have legal Standing to evict the defendant. Defendant objects to plaintiff failure to answer or defend against defendants motions and the removal of plaintiff alleged ownership from the above caption matter. Defendant Calloway object to plaintiff violation of his constitutional right to privacy in accordance with defendants 1st,2nd,3rd,4th,5th,9th,and 14th amendment of the U.S. Constitution and the violation of defendants right to quit injoyment.

For the above reasons defendant Calloway is requesting punitive damages for plaintiffs intentional inflection of emotional distress and other cost this court finds just and fair.

Defendant YY CALLOWAY PRO-SE HEREBY CERTIFY ON THIS JUNE 29th 2026 I SERVED DEFENDANT OBJECTION & OPPOSITION UPON THE UNITED STATES DISTRCT COURT, AND PLAINTIFFS ATTORNEY FLYNN LAW GROUP BY FIRST CLASS MAIL POSTAGE PREPAID.

TY CALLOWAY
33 BLOSSOM ST.
SUITE 605
BOSTON, MA 02114
617-212-3524

FLYNN LAW GROUP
185 DEVONSHIRE ST.
SUITE 401
BOSTON, MA 02114
617-988-0633